STATE OF CONNECTICUT *v.* DAVID PALMER

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 70 (AC 22712), is denied.

*Michael A. D'Onofrio*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided December 8, 2003